**Order entered May 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00054-CV

**BARBARA MEREDITH, Appellant**

**V.**

**OXFORD TOWNHOMES, LLC, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-10-07847-B**

## ORDER

We **GRANT** appellant's May 27, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **JUNE 26, 2015**.

We **GRANT** cross-appellant Oxford Townhomes Addition Homeowner's Association, Inc.'s May 27, 2015 unopposed motion for an extension of time to file a brief. Cross-appellant shall file a brief by **JUNE 8, 2015**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE